UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RONIT D. APPEL,
                              Plaintiff,

        *-against-*                        **ADMINISTRATIVE ORDER**
                                                              21-cv-6101 (UA)

HON. JOHN P. CRONAN,

                              Defendants.
_____

IT APPEARING that Plaintiff Ronit D. Appel, proceeding *pro se*, in the case of *Appel v. Cronan*, 21-cv-6101 (UA), has brought suit against the Honorable John P. Cronan, United States District Judge sitting in the Southern District of New York, which include constitutional claims as well as claims of aiding and abetting attempted murder and torture, and

IT FURTHER APPEARING that for the above reasons the impartiality of the United States District Judges of the United States District Court for the Southern District of New York might reasonably be questioned;

IT IS THEREFORE DETERMINED that, pursuant to 28 U.S.C. § 455(a), said United States District Judges of the Southern District of New York are disqualified from presiding over this civil action, No. 21-cv-6101 (UA); and

IT WILL THEREFORE BE REQUESTED that the Chief Judge of the United States Court of Appeals for the Second Circuit designate a District Judge from outside the Southern District of New York, but from within the Second Circuit, pursuant to 28 U.S.C. § 292(b), or, in the alternative, 28 U.S.C. § 294(c), to perform the duties of a United States District Judge temporarily for the Southern District of New York for the specific case *Ronit D. Appel v. John P. Cronan*, 21-cv-6101 (UA), and all related matters.

Dated: July 22, 2021
New York, New York

                                                                      _____
                                                           LAURA TAYLOR SWAIN, U.S.D.J.
                                                                     *Chief Judge*