**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RONIT D. APPEL,

               Plaintiff,                          21 **CIVIL** 6101 (BCM)

      -against-                             <u>**JUDGMENT**</u>

HON. JOHN P. CRONAN,

               Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 28, 2021, the complaint is dismissed as frivolous because the defendant is absolutely immune from suit. Fitzgerald, 221 F.3d at 363-64; Montero, 171 F.3d at 760. The Court has considered affording plaintiff a chance to amend the complaint, see Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000), but declines to do so because it views the opportunity as futile. A review of the complaint does not suggest that plaintiff has inadequately or inartfully pleaded any potentially viable claims; she just disagrees with Judge Cronan's rulings and case management procedures. Although plaintiff paid the filing fee to commence this action, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. Judgment is entered in favor of defendant, and the case is closed.

**Dated:**  New York, New York
          July 29, 2021

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court

                                       **BY:**
                                                           Deputy Clerk